# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

**No.** 25-1222     **Short Title:** KPM Analytics North America Corp. v. Blue Sun Scientific, LLC, et al.

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from February 7, 2025
   2. Date this notice of appeal filed March 4, 2025
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [✓] Yes   [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes   [ ] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes   [ ] No
         If yes, explain _____

C. Has this case previously been appealed?  [ ] Yes   [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes   [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below? ☑ Yes ☐ No
    If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
    If yes, is transcript already on file with district court? ☑ Yes ☐ No

F.  List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

    1. Adverse party KPM Analytics North America Corporation
       Attorney Scott Magee, Paige Zacharakis, Morse, Barnes-Brown and Pendleton; John Gukoski, Kevin Mosier, Sunstein LLP
       Address 480 Totten Pond Rd, Waltham, MA 02451; 100 High St., Boston, MA 02110
       Telephone 781-622-5930; 617-443-0004

    2. Adverse party
       Attorney
       Address
       Telephone

    3. Adverse party
       Attorney
       Address
       Telephone

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

    1. Appellant's name Blue Sun Scientific, LLC
       Address 8017 Dorsey Run Road, Jessup, MD 20794
       Telephone 410-705-2279

       Attorney's name Dana A. Zakarian
       Firm Smith Duggan Cornell & Gollub LLP
       Address 55 Old Bedford Road, Suite 300
       Telephone 617-228-4400

    2. Appellant's name The Innovative Technologies Group & Co., Ltd.
       Address 8017 Dorsey Run Road, Jessup, MD 20794
       Telephone 443-755-0870

       Attorney's name Dana A. Zakarian
       Firm Smith Duggan Cornell & Gollub LLP
       Address 55 Old Bedford Road, Suite 300
       Telephone 617-228-4400

    Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Dana A. Zakarian
Date  March 26, 2025

Print    Reset

Case: 25-1222    Document: 00118264436    Page: 3    Date Filed: 03/26/2025    Entry ID: 6709375