# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  KPM Analytics North America Corporation v. Blue Sun Scientific, LLC, et al.
District Court Case No.  4:21-CV-10572        District of  Massachusetts
Date Notice of Appeal filed  03/04/2025        Court of Appeals Case No.  25-1222
Form filed on behalf of  Blue Sun Scientific, LLC and The Innovative Technologies Group & Co., Ltd.

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  See Appendix A

## TRANSCRIPT ORDER

Name of Court Reporter  Rachel Lopez,
Phone Number of Reporter  raeufp@gmail.com

A. ✔ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☒ Pretrial proceedings (specify) Motion | 2/14/23 [ECF No. 164] |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✔ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☒ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Dana A. Zakarian            Filer's Signature  /s/ Dana Zakarian
Firm/Address  Smith Duggan Cornell & Gollub, LLP, 55 Old Bedford Road, Lincoln, MA 01773    Filer's Email address  dana.zakarian@smithduggan.com
Telephone number  617-228-4400              Date mailed to court reporter  _____

(Court Reporter Use ONLY) Date received  _____

Form CA1-10 (6/09/09)                                    SEE INSTRUCTIONS ON REVERSE

[Print]  [Save As...]  [Reset]

## APPENDIX A – TRANSCRIPT REPORT

| ECF No. | ECF DATE | EVENT |
|---|---|---|
| 68 | 07/19/2021 | Transcript of Motion Hearing held on July 16, 2021, before District Judge Timothy S. Hillman |
| 172 | 3/28/2023 | Transcript of March 28, 2023 Status Conference before District Judge Margaret R. Guzman |
| 211 | 05/01/2023 | Transcript of Final Pretrial Conference held on April 28, 2023, before District Judge Margaret R. Guzman. |
| 233 | 05/24/2023 | Transcript of Trial Day 1 held on May 3, 2023, before District Judge Margaret R. Guzman. |
| 234 | 05/24/2023 | Transcript of Trial Day 2 held on May 4, 2023, before District Judge Margaret R. Guzman. |
| 235 | 05/24/2023 | Transcript of Trial Day 3 held on May 5, 2023, before District Judge Margaret R. Guzman. |
| 236 | 05/24/2023 | Transcript of Trial Day 4 held on May 8, 2023, before District Judge Margaret R. Guzman. |
| 237 | 05/24/2023 | Transcript of Trial Day 5 held on May 9, 2023, before District Judge Margaret R. Guzman. |
| 238 | 05/24/2023 | Transcript of Trial Day 6 held on May 10, 2023, before District Judge Margaret R. Guzman. |
| 239 | 05/24/2023 | Transcript of Trial Day 7 held on May 11, 2023, before District Judge Margaret R. Guzman. |
| 240 | 05/24/2023 | Transcript of Trial Day 8 held on May 12, 2023, before District Judge Margaret R. Guzman. |
| 241 | 05/24/2023 | Transcript of Trial Day 9 held on May 15, 2023, before District Judge Margaret R. Guzman. |
| 242 | 05/24/2023 | Transcript of Trial Day 10 held on May 16, 2023, before District Judge Margaret R. Guzman. |
| 243 | 05/24/2023 | Transcript of Trial Day 11 held on May 17, 2023, before District Judge Margaret R. Guzman. |
| 283 | 11/28/2023 | Transcript of Motion Hearing held on October 3, 2023, before District Judge Margaret R. Guzman. |

| 294 | 03/28/2024 | Transcript of Motion Hearing held on February 28, 2024, before District Judge Margaret R. Guzman. |
| 293 | 3/28/2024 | Transcript of Motion Hearing held on March 28, 2024, before District Judge Margaret R. Guzman. |