UNITED STATES COURT OF APPEALS
For the First Circuit

_____

No. 25-1222

KPM Analytics North America Corporation,

Plaintiff – Appellee,

v.

Blue Sun Scientific, LLC et al.,

Defendants – Appellants.

_____

**APPELLANTS' STATUS REPORT**

The appellants Blue Sun Scientific, LLC ("Blue Sun") and The Innovative Technologies Group & Co., Ltd. ("ITG") respectfully submit this Status Report pursuant to the Court's April 16, 2025 Order, (1) informing this Court of any action taken by the district court on the post-judgment motion; and (2) informing this Court whether or not appellants intend to file a notice of appeal or amended notice of appeal from the district court's post-judgment order. The appellants respond as follows.

As of this filing, the district court has taken no action on the individual defendant's Motion for Relief from Judgment under Fed. R. Civ. P. 60(a) (ECF No. 326). While the corporate defendants and appellants here (Blue Sun and ITG) do not expect to file an amended notice of appeal following the district court's ruling on the individual defendant's motion for relief from judgment, they reserve the right to do so should the district court's decision bear on their rights.

        Respectfully Submitted,

        BLUE SUN SCIENTIFIC, LLC and
        THE INNOVATIVE TECHNOLOGIES
        GROUP & CO., LTD,

        By their attorneys,

        */s/ Dana A. Zakarian*
        Christopher A. Duggan (Bar No. 18241)
        Dana A. Zakarian (Bar No. 63652)
        Patricia A. Hartnett (Bar No. 48631)
        Christopher J. Hurst (Bar No. 1188843)
        Smith Duggan Cornell & Gollub, LLP
        55 Old Bedford Road, Suite 300
        Lincoln, MA 01773
        617-228-4412
        chris.duggan@smithduggan.com
        dana.zakarian@smithduggan.com
        phartnett@smithduggan.com
Dated:  May 16, 2025        churst@smithduggan.com