# United States Court of Appeals
## For the First Circuit

No. 25-1222

KPM ANALYTICS NORTH AMERICA CORPORATION,

Plaintiff - Appellee,

v.

BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD.,

Defendants - Appellants,

ARNOLD EILERT; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; PHILIP OSSOWSKII; MICHELLE GAJEWSKI,

Defendants.

### ORDER OF COURT

Entered: May 28, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorneys Royal Craig, Maria T. Davis, Lauren Lake, Christopher Reade O'Hara, and George Faulkner Ritchie, IV as counsel for Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd is granted. Attorneys Craig, Davis, Lake, O'Hara, and Ritchie are hereby withdrawn as counsel of record, and Appellants will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Scott R. Magee
Paige K. Zacharakis
Christopher Anthony Duggan
Christopher Reade O'Hara
Patricia Anne Hartnett

Dana A. Zakarian
Dawn M. Mertineit
Christopher J. Hurst
Michael Kippins
Dallin R. Wilson
Robert S. White