**UNITED STATES COURT OF APPEALS**
**For the First Circuit**
_____

No. 25-1222

KPM Analytics North America Corporation,

Plaintiff – Appellee,

v.

Blue Sun Scientific, LLC et al.,

Defendants – Appellants.
_____

**APPELLANTS' SECOND STATUS REPORT**

The appellants Blue Sun Scientific, LLC ("Blue Sun") and The Innovative Technologies Group & Co., Ltd. ("ITG") respectfully submit this Second Status Report pursuant to the Court's April 16, 2025 Order, (1) informing this Court of any action taken by the district court on the post-judgment motion; and (2) informing this Court whether or not appellants intend to file a notice of appeal or amended notice of appeal from the district court's post-judgment order.  The appellants respond as follows.

On June 3, 2025, the district court denied the individual defendants' Motion for Relief from Judgment under Fed. R. Civ. P. 60(a) (ECF No. 326).  The corporate defendants/appellants here (Blue Sun and ITG) will not be filing an amended notice of appeal to encompass the district court's June 3, 2025 Order, although the individual defendants may choose to appeal in their own right.

Respectfully Submitted,

BLUE SUN SCIENTIFIC, LLC and
THE INNOVATIVE TECHNOLOGIES
GROUP & CO., LTD,

By their attorneys,

 */s/ Christopher J. Hurst*
Christopher A. Duggan (Bar No. 18241)
Dana A. Zakarian (Bar No. 63652)
Patricia A. Hartnett (Bar No. 48631)
Christopher J. Hurst (Bar No. 1188843)
Smith Duggan Cornell & Gollub, LLP
55 Old Bedford Road, Suite 300
Lincoln, MA 01773
617-228-4412
chris.duggan@smithduggan.com
dana.zakarian@smithduggan.com
phartnett@smithduggan.com
churst@smithduggan.com

Dated:  June 16, 2025