UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

No. 25-1222

KPM ANALYTICS NORTH AMERICA CORPORATION,
Plaintiff – Appellee,

v.

BLUE SUN SCIENTIFIC, LLC;
THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD.,
Defendants – Appellants,

ARNOLD EILERT; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; PHILIP OSSOWSKII; MICHELLE GAJEWSKI,
Defendants.

_____

**DEFENDANTS-APPELLANTS'**
**MOTION FOR A PROCEDURAL ORDER**

_____

> Christopher A. Duggan (Bar No. 18241)
> Dana A. Zakarian (Bar No. 63652)
> Patricia A. Hartnett (Bar No. 48631)
> Christopher J. Hurst (Bar No. 1188843)
> Smith Duggan Cornell & Gollub, LLP
> 55 Old Bedford Road, Suite 300
> Lincoln, MA 01773
> 617-228-4412
> chris.duggan@smithduggan.com
> dana.zakarian@smithduggan.com
> phartnett@smithduggan.com
> churst@smithduggan.com

Dated: July 16, 2025

NOW COME the defendants-appellants, Blue Sun Scientific, LLC, and The Innovative Technologies Group & Co., Ltd. (the "defendants-appellants"), and respectfully request that this Honorable Court GRANT this Motion for a Procedural Order pursuant to Fed. R. App. P. Rules

26(b) and 27 for an enlargement of the time for the defendants-appellants to submit their opening brief. In addition, defendants-appellants respectfully request a thirty-day extension to file the appendix, as defendants-appellants have not yet received the entirety of the record from trial counsel.

Defendants-appellants currently would have until August 4, 2025 to file their opening brief and appendix. Due to defendants-appellants' counsel's personal and trial scheduling issues, defendants-appellants request that the Court enlarge the period by thirty (30) days – from August 4, 2025 to September 3, 2025 – for filing of the defendants-appellants' opening brief and appendix.

WHEREFORE, defendants-appellants respectfully request that this Honorable Court GRANT this Motion for a Procedural Order and enlarge the time within which defendants-appellants must file their opening brief and appendix until September 3, 2025.

                                              Respectfully Submitted by the Defendants-Appellants,

Blue Sun Scientific, LLC, and The Innovative Technologies Group & Co., Ltd.,
By their attorneys,

Dated: July 16, 2025                                 */s/ Christopher J. Hurst*
Christopher A. Duggan (Bar No. 18241)
Dana A. Zakarian (Bar No. 63652)
Patricia A. Hartnett (Bar No. 48631)
Christopher J. Hurst (Bar No. 1188843)
Smith Duggan Cornell & Gollub, LLP
55 Old Bedford Road, Suite 300
Lincoln, MA 01773
617-228-4412
chris.duggan@smithduggan.com
dana.zakarian@smithduggan.com
phartnett@smithduggan.com
churst@smithduggan.com

## CERTIFICATE OF SERVICE

    I, Christopher J. Hurst, attorney for the defendants-appellants, hereby certify that on the 16th day of July, 2025, a true copy of the foregoing Defendants-Appellants Motion for a Procedural Order will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served via first-class mail, postage prepaid, upon anyone indicated as a non-registered participant.

                                               */s/ Christopher J. Hurst*
                                               Christopher J. Hurst