# United States Court of Appeals
## For the First Circuit

No. 25-1222

KPM ANALYTICS NORTH AMERICA CORPORATION,

Plaintiff - Appellee,

v.

BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD.,

Defendants - Appellants,

ARNOLD EILERT; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; PHILIP OSSOWSKII; MICHELLE GAJEWSKI,

Defendants.

### ORDER OF COURT

Entered: July 31, 2025

  Upon consideration of Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd.'s motion for an extension of time to file a brief and appendix and Appellee's opposition thereto, the time for Appellants to file a brief and appendix is enlarged to and including **September 3, 2025**.  We are disinclined to grant a request for further enlargement of this deadline.

                   By the Court:

                   Anastasia Dubrovsky, Clerk

cc:
Scott R. Magee
Paige K. Zacharakis
Christopher Anthony Duggan
Patricia Anne Hartnett
Dana A. Zakarian
Dawn M. Mertineit
Christopher J. Hurst

Michael Kippins
Dallin R. Wilson
Robert S. White