UNITED STATES COURT OF APPEALS
For the First Circuit

_____

No. 25-1222

KPM Analytics North America Corporation,

Plaintiff – Appellee,

v.

Blue Sun Scientific, LLC et al.,

Defendants – Appellants.

_____

**APPELLANTS' STATUS REPORT REGARDING BANKRUPTCY PROCEEDINGS**

The appellants Blue Sun Scientific, LLC ("Blue Sun") and The Innovative Technologies Group & Co., Ltd. ("ITG") respectfully submit this Status Report pursuant to the Court's September 11, 2025 Order informing this Court of the status of the bankruptcy proceedings. The appellants respond as follows.

The bankruptcy court allowed Blue Sun and ITG's motion for joint administration of their bankruptcy petitions. On November 3, 2025, the bankruptcy court allowed Blue Sun and ITG's motion to employ this firm, Smith Duggan Cornell & Gollub, LLP, as special counsel to pursue their appeal in this Court. Bankruptcy counsel expects to file a motion for relief from the stay by the end of the year so that this appeal may proceed on its merits. Counsel will report again to this Court when the bankruptcy court relieves the stay, or within sixty-days per this Court's

September 11, 2025 Order, whichever occurs sooner.

    Respectfully Submitted,

    BLUE SUN SCIENTIFIC, LLC and
    THE INNOVATIVE TECHNOLOGIES
    GROUP & CO., LTD,

    By their attorneys,

    */s/ Christopher J. Hurst*
    Christopher A. Duggan (Bar No. 18241)
    Dana A. Zakarian (Bar No. 63652)
    Patricia A. Hartnett (Bar No. 48631)
    Christopher J. Hurst (Bar No. 1188843)
    Smith Duggan Cornell & Gollub, LLP
    55 Old Bedford Road, Suite 300
    Lincoln, MA 01773
    617-228-4412
    chris.duggan@smithduggan.com
    dana.zakarian@smithduggan.com
    phartnett@smithduggan.com
Dated: November 7, 2025    churst@smithduggan.com