# CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1(a), Plaintiff-Appellee KPM Analytics North America Corporation states that its parent company is KPM Analytics, Inc., which has a parent company named KPM Analytics Holding US 2, Inc., which in turn has a parent company named KPM Analytics Holding US, Inc., which in turn has a parent company named KPM Analytics Intermediate US Holding, Inc., which in turn has a parent company named KPM Analytics Holdings, LLC.  No publicly held corporation owns more than 10% of Plaintiff's stock.