# United States Court of Appeals
## For the First Circuit

No. 25-1222

KPM ANALYTICS NORTH AMERICA CORPORATION,

Plaintiff - Appellee,

v.

BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD.,

Defendants - Appellants,

ARNOLD EILERT; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; PHILIP OSSOWSKII; MICHELLE GAJEWSKI,

Defendants.

**ORDER OF COURT**

Entered: May 7, 2026

This case will be called for oral argument on Thursday, July 30, 2026, at 9:30 a.m.

By the Court:

Anastasia Dubrovsky, Clerk

cc:  Scott R. Magee, Paige K. Zacharakis, Christopher Anthony Duggan, Patricia Anne Hartnett, Dana A. Zakarian, Dawn M. Mertineit, Christopher J. Hurst, Michael Kippins, Dallin R. Wilson, and Robert S. White.